# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:25-MJ-00245 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE BOWMAN |
| **STANISLAV "STAS" GRINBERG,** | **UNITED STATES' MOTION TO SEAL CASE** |
| Defendant. | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents at this time could allow the Defendant, who currently resides abroad, to elude arrest.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Timothy Mangan
TIMOTHY MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be filed under seal and shall not be disclosed.

_____  _____
DATE                             HONORABLE STEPHANIE K. BOWMAN
                                 UNITED STATES MAGISTRATE JUDGE