# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:25-mj-0245 |
| Plaintiff, | : | |
| v. | : | MAGISTRATE JUGE BOWMAN |
| | : | |
| | : | **MOTION TO UNSEAL COMPLAINT** |
| STANISLAV "STAS" GRINBERG | : | |
| Defendant | : | |
| | : | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the previously sealed Complaint may now be unsealed.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Timothy.Mangan@usdoj.gov

**SO ORDERED.**

*Stephanie K. Bowman*
**HONORABLE STEPHANIE K. BOWMAN**
**UNITED STATES MAGISTRATE JUDGE**