John L. O'Shea (0042291)<br>
Hailey E. Martin (0104625)<br>
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:25-MJ-00245** |
| | : | |
| v. | : | |
| | : | |
| **STANISLAV "STAS" GRINBERG** | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| | : | |

Defendant, Stanislav "Stas" Grinberg, gives notice of his submission of Attorney John L. O'Shea, Attorney Hailey E. Martin, and the law firm of Cohen, Todd, Kite & Stanford, LLC as his counsel in place of Attorney Brandon Moermond and the law firm of Moermond & Mulligan LLC, who was appointed through the CJA Panel.  Accordingly, Attorney John L. O'Shea, Attorney Hailey E. Martin, and the law firm of Cohen, Todd, Kite & Stanford, LLC, give notice that they are entering their appearances in this case on behalf of Defendant, Stanislav "Stas" Grinberg.

*/s/ John L. O'Shea*<br>
John L. O'Shea  (OH Reg. No. 0042291)<br>
Hailey E. Martin (OH Reg. No. 0104625)<br>
Attorneys for Defendant<br>
Cohen, Todd, Kite & Stanford, LLC<br>
250 E. Fifth Street, Suite 2350<br>
Cincinnati, Ohio 45202<br>
(513) 333-5227 / fax (513) 241-4490<br>
joshea@ctks.com / hmartin@ctks.com

Approved by:

*/s/ Stanislav "Stas" Grinberg*
Stanislav "Stas" Grinberg, Defendant

*/s/  Brandon Moermond*    (by John O'Shea per 04/18/2025  authorization)
Brandon Moermond (OH Reg. No. 92397)
Moermond & Mulligan LLC
615 Main Street, 3rd Floor
Cincinnati, Ohio 45202
513 421-9790 / fax 513 421-0206

**CERTIFICATE OF SERVICE**

   I hereby certify that, on this 18th day of April, 2025, I electronically filed the forgoing with the Clerk of the United States District Court using the CM/ECF system, which will notify the attorneys of record of such filing.

                   */s/ John L. O'Shea*
                   John L. O'Shea

4917-7965-8552, v. 1