John L. O'Shea (0042291)<br>
Hailey E. Martin (0104625)<br>
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:25-MJ-00245** |
| v. | : | |
| **STANISLAV "STAS" GRINBERG** | : | **MOTION TO WITHDRAW AS COUNSEL** |

John L. O'Shea, Hailey E. Martin, and Cohen, Todd, Kite & Stanford, LLC, counsel for Defendant, Stanislav "Stas" Grinberg ("Defendant"), requests leave of the Court to withdraw as counsel for Defendant. Defendant wishes to be represented by the Federal Public Defender Office – Southern District of Ohio or by a member of the Criminal Justice Act panel.

Respectfully submitted,

*/s/ John L. O'Shea*
John L. O'Shea  (OH Reg. No. 0042291)
Hailey E. Martin (OH Reg. No. 0104625)
Cohen, Todd, Kite & Stanford, LLC
Attorneys for Defendant
250 E. Fifth Street, Suite 2350
Cincinnati, Ohio 45202
(513) 333-5227 / fax (513) 241-4490
joshea@ctks.com
hmartin@ctks.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of May, 2025, I electronically filed the forgoing with the Clerk of the United States District Court using the CM/ECF system, which will notify the attorneys of record of such filing.

*/s/ John L. O'Shea*
John L. O'Shea

4932-3507-5907, v. 1