UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:25-mj-00245 |
| v. | : | |
| STANISLAV "STAS" GRINBERG | : | |

### SECOND WAIVER OF TIMELY INDICTMENT OR INFORMATION

I, STANISLAV "STAS" GRINBERG, the above-named defendant, who was arrested on March 20, 2025 and accused by a Complaint filed herein on March 19, 2025 of conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349, and making false statements on loan applications, in violation of 18 U.S.C. § 1014, and being advised of the nature of the charges and of my rights, do hereby waive, with the advice of my counsel, the thirty (30) day period within which an indictment or information relative to the above-referenced charges must be filed pursuant to 18 U.S.C. § 3161(b).

In addition, I have previously waived all time up to and including May 29, 2025.

Pursuant to this Second Waiver, I hereby waive, for purposes of calculating the Government's deadline to file an indictment or information, all additional time up to and including July 10, 2025, and I understand and acknowledge that the time period within which an indictment or information relative to the charges in this matter must be filed will be extended up to and including that date.

This Second Waiver is made and executed in conjunction with, and support of, the accompanying Second Joint Motion for Order Extending Time Period for Filing Indictment or Information. By signing this Second Waiver below, I acknowledge that I understand this Second

Waiver and the accompanying Second Joint Motion and have read and discussed their contents with my attorney, that I agree with and consent to the filing of this Second Waiver and the accompanying Second Joint Motion with this Court, that there will be no in-court appearance or hearing regarding this Second Waiver or the accompanying Second Joint Motion, that no threats or promises have been made to get me to sign this Second Waiver, and that I have signed this Second Waiver knowingly, intelligently, and voluntarily, of my own free will.

Date: 5/30/25

STANISLAV "STAS" GRINBERG

I am STANISLAV "STAS" GRINBERG'S attorney. By signing below, I acknowledge that I have carefully discussed this Second Waiver and the accompanying Second Joint Motion for Order Extending Time Period for Filing Indictment or Information with my client; that I have fully advised my client of the nature of the charge in this matter, his rights, and the consequences of entering into this Second Waiver and making the accompanying Second Joint Motion; that my client expressed agreement with and consented to the filing of this Second Waiver and the accompanying Second Joint Motion with this Court; and that to my knowledge, my client's decision to execute this Second Waiver is knowing, intelligent, and voluntary, of his own free will.

Date: 5/30/25

BRANDON MOERMOND, ESQ.
Attorney for Defendant

2