UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　CASE NO. 1:25-mj-00245

    Plaintiff,

v.

STANISLAV GRINBERG,

    Defendant.

## **ORDER EXTENDING TIME TO FILE INDICTMENT/INFORMATION**

Having considered the parties' Fourth Joint Motion for an Order Extending the Time in Which to File an Indictment or Information (doc. 28) and Defendant's Waiver of Timely Indictment or Information (doc. 29), the Court hereby **GRANTS** the motion. In so doing, the Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the Defendant in a speedy information, indictment and trial. The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the Defendant and/or the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in that the parties desire and need additional time to review certain informal discovery material and information, conduct their respective investigation and analysis, and explore, negotiate and consider a possible pre-indictment resolution of this matter.

2

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charges in this matter, is extended up to and including **October 15, 2025**.  The time period from the date when an indictment or information must have originally been filed, namely, April 21, 2025, up to and including October 15, 2025, shall be excluded in computing the time within which an indictment or information relative to the charge(s) in this matter must be filed.

Date: 8/18/2025

Karen L. Litkovitz
United States Magistrate Judge